**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| HRI Holding Corp. | : | Case No. 19-12415 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Edward Don & Company**, Attn: John Fahey, 9801 Adam Don Parkway, Woodridge, IL 60517, Phone: 708-883-8362, Fax: 866-299-3038

2. **1200 Harbor Boulevard, LLC**, Attn: Mark Leonard, 400 Plaza Dr., P.O. Box 1515, Secaucus, NJ 07096-1515, Phone: 201-272-5309, Fax: 201-272-6130

3. **ADR Parc, LP, c/o Allan Domb Real Estate,** Attn: Allan Domb, 1845 Walnut St., Suite 2200, Philadelphia, PA 19103, Phone: 215-545-1500, Fax: 226-3662

4. **Brookfield Property REIT Inc.,** Attn: Julie Minnick Bowden, 350 N. Orleans St., Suite 300, Chicago, IL 60654, Phone: 312-960-2707, Fax: 312-442-6374

5. **Washington Prime Group Inc.,** Attn: Stephen Ifeduba, 180 West Broad Street, Columbus, OH 43215, Phone" 614-621-9000, Fax: 614-621-8863

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ *Jane Leamy* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: November 22, 2019

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kimberly Brown, Esq., Phone: 302-467-4400, Fax: 302-467-4450