**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HRI HOLDING CORP., *et al.*[1] | Case No. 19-12415 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 5, 2019, AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801[2]**

**MATTERS TO BE FILED UNDER CNO/COC**

1. Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations [D.I. 10, filed on November 14, 2019]

   Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

   Responses Received: None.

   Related Documents:

   A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HRI Holding Corp. (4677), Houlihan's Restaurants, Inc. (8489), HDJG Corp. (3479), Red Steer, Inc. (2214), Sam Wilson's/Kansas, Inc. (5739), Darryl's of St. Louis County, Inc. (7177), Darryl's of Overland Park, Inc. (3015), Houlihan's of Ohio, Inc. (6410), HRI O'Fallon, Inc. (4539), Algonquin Houlihan's Restaurant, L.L.C. (0449), Geneva Houlihan's Restaurant, L.L.C. (3156), Hanley Station Houlihan's Restaurant, LLC (8058), Houlihan's Texas Holdings, Inc. (5485), Houlihan's Restaurants of Texas, Inc. (4948), JGIL Mill OP LLC (0741), JGIL Millburn, LLC (6071), JGIL Milburn Op LLC (N/A), JGIL, LLC (5485), JGIL Holding Corp. (N/A), JGIL Omaha, LLC (5485), HOP NJ NY, LLC (1106), HOP Farmingdale LLC (7273), HOP Cherry Hill LLC (5012), HOP Paramus LLC (5154), HOP Lawrenceville LLC (5239), HOP Brick LLC (4416), HOP Secaucus LLC (5946), HOP Heights LLC (6017), HOP Bayonne LLC (7185), HOP Fairfield LLC (8068), HOP Ramsey LLC (8657), HOP Bridgewater LLC (1005), HOP Parsippany LLC (1520), HOP Westbury LLC (2352), HOP Weehawken LLC (2571), HOP New Brunswick LLC (2637), HOP Holmdel LLC (2638), HOP Woodbridge LLC (8965), and Houlihan's of Chesterfield, Inc. (5073). The Debtors' corporate headquarters and the mailing address is 8700 State Line Road, Suite 100, Leawood, Kansas 66206.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits, and Other Associated Obligations [D.I. 53, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: The Debtors have received no responses to the Motion. The Debtors intend to file and submit a certificate of no objection in accordance with the Local Rules and the Court's procedures.

2. Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal Certain Exhibits to the Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 39, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Office of the United States Trustee.

Related Documents:

A. [SEALED] Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 37, filed on November 14, 2019]

B. [REDACTED] Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 38, filed on November 14, 2019]

C. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: The informal comments from the Office of the United States Trustee have been resolved. The Debtors intend to file and submit a certification of counsel in accordance with the Local Rules and the Court's procedures.

3. Debtors' Application for an Order Authorizing the (I) Retention of M-III Advisory Partners, LP and (II) Designation of Matthew R. Manning as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date [D.I. 41, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Office of the United States Trustee.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: The informal comments from the Office of the United States Trustee have been resolved. The Debtors intend to file and submit a certification of counsel in accordance with the Local Rules and the Court's procedures.

4. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Piper Jaffray & Co. as the Debtors' Investment Banker and Exclusive Agent for the Proposed Transaction, Effective as of the Petition Date, and (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2 [D.I. 42, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Office of the United States Trustee.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: The informal comments from the Office of the United States Trustee have been resolved. The Debtors intend to file and submit a certification of counsel in accordance with the Local Rules and the Court's procedures.

5. Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [D.I. 43, filed November 14, 2019]

   Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

   Responses Received: None.

   Related Documents:

   A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

   B. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

   Status: The Debtors have received no responses to the Application. The Debtors intend to file and submit a certificate of no objection in accordance with the Local Rules and the Court's procedures.

6. Application of the Debtors for Entry of an Order Approving the Employment and Retention of Hilco Real Estate, LLC, as Real Estate Advisor to the Debtors, *Nunc Pro Tunc* to the Petition Date and a Waiver of Compliance with Certain of the Requirements of Local Rule 2016-2 [D.I. 44, filed on November 14, 2019]

   Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

   Responses Received: None.

   Related Documents:

   A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

   B. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

   Status: The Debtors have received no responses to the Application. The Debtors intend to file and submit a certificate of no objection in accordance with the Local Rules and the Court's procedures.

7. Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 45, filed on November 14, 2019]

   Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

   Responses Received: None.

   Related Documents:

   A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

   B. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

   Status: The Debtors have received no responses to the Application. The Debtors intend to file and submit a certificate of no objection in accordance with the Local Rules and the Court's procedures.

**MATTERS GOING FORWARD:**

8. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the United States Trustee Operating Guidelines [D.I. 4, filed on November 14, 2019]

   Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

   Responses Received:

   A. Informal comments received from the Official Committee of Unsecured Creditors.

   B. Informal comments received from United Missouri Bank ("UMB").

   Related Documents:

   A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

   B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the United States Trustee Operating Guidelines [D.I. 55, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

9. Motion of the Debtors for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance and (C) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 5, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from Waste Management.

B. Informal comments received from the Official Committee of Unsecured Creditors.

C. Objection of Certain Utility Companies to the Motion of the Debtors for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance and (C) Establishing Procedures For Determining Adequate Assurance of Payment [D.I. 81, filed on 11/26/2019]

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance and (C) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 57, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

10. Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to (I) Maintain Existing Insurance Policies and Pay All Policy Premiums Arising Thereunder and Renew or Enter into New Policies and (II) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter into New Premium Financing Arrangements [D.I. 6, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from Chubb Insurance Companies.

B. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order Authorizing the Debtors to (I) Maintain Existing Insurance Policies and Pay All Policy Premiums Arising Thereunder and Renew or Enter into New Policies and (II) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter into New Premium Financing Arrangements [D.I. 59, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

11. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay All or a Portion of the Prepetition Claims of Certain Critical Vendors and (B) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 7, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order Authorizing the Debtors to Pay All or a Portion of the Prepetition Claims of Certain Critical Vendors and Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 60, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

12. Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105 (a), 363, 507(a)(2), 541, 1107(a), and 1108 (I) Authorizing the Payment of Prepetition Claims Arising Under (A) the Perishable Agricultural Commodities Act and (B) the Packers and Stockyards Act and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related to the Foregoing [D.I. 8, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order (I) Authorizing the Payment of Prepetition Claims Arising Under (A) the Perishable Agricultural Commodities Act and (B) the Packers and Stockyards Act and (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related to the Foregoing [D.I. 61, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

13. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 9, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. 1200 Harbor Boulevard, LLC's Limited Objection to Debtors' Motion Regarding Certain Prepetition Tax and Fee Obligations [Docket No. 9] and Reservation of Rights Regarding the Debtors' Bid Procedures and Sale Motion [Docket Nos. 14, 15] [D.I. 98, filed on December 2, 2019]

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 58, entered on November 15, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

14. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 16, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019].

C. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: This matter is going forward.

15. Motion of the Debtors for Entry of an Order Authorizing the Employment and Retention of Professionals Utilized in the Ordinary Course of Business [D.I. 40, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Official Committee of Unsecured Creditors.

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: This matter is going forward.

16. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 18, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from Weitzman, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, 747 North Wabash Partners, LLC and Starwood Retail Partners.

B. 1200 Harbor Boulevard, LLC's Limited Objection to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 97, filed on December 2, 2019]

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Notice of Filing Corrected Exhibit A to the Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 32, filed on November 14, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: This matter is going forward.

17. Motion of the Debtors and Debtors-In-Possession for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to the Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [D.I. 12, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from Chubb Insurance Companies.

B. Informal comments received from Dallas County, Bexar County, Harris County and Tarrant County.

C. Informal comments received from Weitzman, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, 747 North Wabash Partners, LLC and Starwood Retail Partners.

D. Limited Objection of Levin Management Corporation, as Agent for Harmon Meadow Owner, LLC to Entry of Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying Automatic Stay, (IV) Granting Related Relief and (V) Scheduling a Final Hearing [D.I. 95, filed on December 2, 2019]

E. The County of Denton, Texas' Objection to the Order (I) Authorizing the Debtors, on an Interim Basis, to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to the Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 507, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [D.I. 96, filed on December 2, 2019]

F. Limited Objection of PACA Creditor Get Fresh Produce, Inc. to Motion of the Debtors and Debtors-In-Possession to (I) (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to the Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 507, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [D.I. 100, filed on December 2, 2019]

G. Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' Motions for: (I) Entry of a Final Order Authorizing Postpetition Financing and Use of Cash Collateral; and (II) Entry of an Order Approving Bidding Procedures [D.I. 101, filed on December 3, 2019]

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Declaration of Jean E. Hosty in Support of the Motion of the Debtors and Debtors-In-Possession for Interim and Final Orders (I) Authorizing the Debtors, on an Interim Basis, to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to the Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [D.I. 13, filed on November 14, 2019]

C. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

D. Order (I) Authorizing the Debtors, on an Interim Basis, to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to the Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [D.I. 63, entered on November 15, 2019]

E. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 66, filed on November 15, 2019]

Status: This matter is going forward.

18. Motion of the Debtors for Entry of an Order (A) Approving Bidding Procedures in Connection with a Transaction by Public Auction; (B) Scheduling a Hearing to Consider the Transaction; (C) Approving the Form and Manner of Notice Thereof; (D) Approving Contract Procedures; and (E) Granting Related Relief [D.I. 14, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Office of the United States Trustee.

B. Informal comments received from Weitzman, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, 747 North Wabash Partners, LLC and Starwood Retail Partners.

C. Limited Objection of Levin Management Corporation, as Agent for Harmon Meadow Owner, LLC to Debtors' Motion: (A) Approving Bidding Procedures in Connection with a Transaction by Public Auction; (B) Scheduling a Hearing to Consider the Transaction; (C) Approving the Form and Manner of the Notice Thereof; (D) Approving the Contract Procedures; and (E) Granting other Related Relief [D.I. 93, filed on December 2, 2019]

D. 1200 Harbor Boulevard, LLC's Limited Objection to Debtors' Motion Regarding Certain Prepetition Tax and Fee Obligations [Docket No. 9] and Reservation of Rights Regarding the Debtors' Bid Procedures and Sale Motion [Docket Nos. 14, 15] [D.I. 98, filed on December 2, 2019]

E. Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' Motions for: (I) Entry of a Final Order Authorizing Postpetition Financing and Use of Cash Collateral; and (II) Entry of an Order Approving Bidding Procedures [D.I. 101, filed on December 3, 2019]

Related Documents:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

D. Notice of Sale of Certain Assets at Auction [D.I. 88, filed on November 27, 2019]

E. Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets [D.I. 89, filed on November 27, 2019]

Status: This matter is going forward.

19. [SEALED] Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 37, filed on November 14, 2019]

Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the Office of the United States Trustee.

B. [SEALED] Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 102, filed on December 3, 2019]

C. Motion for Entry of an Order Authorizing the Committee of Unsecured Creditors to File Under Seal Its Objection to Motion of the Debtors for an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 103, filed on December 3, 2019]

D. [REDACTED] Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 104, filed on December 3, 2019]

Related Documents:

A. [REDACTED] Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 38, filed on November 14, 2019]

B. Motion of the Debtors for Entry of an Order Authorizing Debtors to File Under Seal Certain Exhibits to the Motion of the Debtors for Entry of an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 39, filed on November 14, 2019]

C. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

Status: The informal comments from the Office of the United States Trustee have been resolved. This matter is going forward.

20. Motion for Entry of an Order Authorizing the Committee of Unsecured Creditors to File Under Seal Its Objection to Motion of the Debtors for an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 103, filed on December 3, 2019]

Response Deadline: At or before the hearing.

Responses Received: None

Related Documents:

A. [SEALED] Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan [D.I. 102, filed on December 3, 2019]

Status: This matter is going forward.

Dated: December 3, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ [signature]

Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com
jenner@lrclaw.com

*Proposed Counsel for the Debtors and Debtors-In-Possession*