# **EXHIBIT A**

**Rejected Leases**

# EXHIBIT A

### The Rejected Leases

| Landlord | Landlord Notice Address | Debtor Counterparty | Description of Lease,[4] Restaurant Location and Restaurant No. |
|---|---|---|---|
| MLP Hanley Station LLC | MLP Hanley Station LLC c/o Global Market MR Property LLC Ms. Min Yao P.O. Box 8323 Olivette, MO 63132 | Hanley Station Houlihan's Restaurant, LLC | Ground Lease Agreement<br><br>1221 Strassner Drive , Brentwood, MO 63144-1875; Location #163 |
| Bev Pillar | Bev Pillar c/o Jay Erens, Foley & Lardner LLP 321 N. Clark Street, Suite 2800 Chicago, IL 60654-5313 | Algonquin Houlihan's Restaurant, L.L.C. | Lease of Real Property<br><br>1508 S. Randall Rd. , Algonquin, IL 60102-5920; Location #161 |
| Orland Park Investments, LLC | Orland Park Investments, LLC c/o Farhan Hanif 9305 S. Madison Street Burr Ridge, IL 60527 | Houlihan's Restaurants, Inc. | Ground Lease Agreement<br><br>16153 La Grange Road , Orland Park, IL 60462; Location #165 |
| RMK Management Co. | RMK Management Co., as Agent for 747 North Wabash Avenue Apartments Investors LLC DBA The Bernadin, c/o Zen Kabashi, Agent 747 North Wabash Ave. Chicago, IL 60611<br><br>UBS Realty Investors LLC 2515 McKinney Avenue, Suite 800 Dallas, TX 75201 | Houlihan's Restaurants, Inc. | Lease Agreement<br><br>39 E. Chicago Avenue , Chicago, IL 60611-2024; Location #153 |

---

[4] The Rejected Leases identified and described herein are inclusive of all amendments, modifications, supplements, extensions, renewals, assignments, easements, restatements, and exhibits thereto.

| Landlord | Landlord Notice Address | Debtor Counterparty | Description of Lease,[4] Restaurant Location and Restaurant No. |
|---|---|---|---|
| Bayshore Shopping Center Property Owner LLC | Bayshore Shopping Center Property Owner LLC<br>Attn: GM<br>5800 North Bayshore Drive, Suite A-256<br>Glendale, WI 53217<br><br>Bayshore Shopping Center Property Owner LLC, c/o AIG Global Real Estate Investment Corp.<br>80 Pine Street, 4th Floor<br>New York, NY 10005<br><br>Cypress Equities Managed Services, LP<br>8343 Douglas Avenue, Suite 200<br>Dallas TX 75225 | Houlihan's Restaurants, Inc. | Shopping Center Lease<br><br>5715 N. Bayshore Drive, Glendale, WI 53217-4518; Location #164 |
| Lansing Mall LLC | Lansing Mall LLC<br>200 Vesey Street, 25th Floor<br>New York, New York 10281<br><br>Lansing Mall<br>5330 West Saginaw Hwy<br>Lansing MI 48917 | Houlihan's Restaurants, Inc. | Lease of Real Property<br><br>5732 W Saginaw Hwy, Lansing, MI 48917-2457; Location #70 |

| Landlord | Landlord Notice Address | Debtor Counterparty | Description of Lease,[4] Restaurant Location and Restaurant No. |
|---|---|---|---|
| Starwood Retail Property Management, LLC | Starwood Retail Property Management, LLC for Southpark Mall, LLC 1 East Wacker Drive Suite 3600 Chicago, IL 60601 | Houlihan's Restaurants, Inc. | Lease of Real Property 2 South Park Center , Strongsville, OH 44136-9316; Location #188 |
| Meyer Companies | Meyer Companies, Darla R. Sansoucie Trustee, 300 Chesterfield Center Suite 180 Chesterfield, MO 63017 | Houlihan's Restaurants, Inc. | Net Ground Lease 15 Ludwig Dr, Fairview Heights, IL 62208; Location #117 |
| Hartz Mountain Industries, Inc. | Hartz Mountain Industries, Inc. Attn: General Counsel 400 Plaza Drive Secaucus, NJ 07096 | Houlihan's Restaurant's, Inc. | Lease of Real Property 1200 Harbor Blvd, Weehawken, NJ 07086; Location #234 |
| ROGERS RETAIL, LLC | Rogers Retail, LLC 110 N Wacker Dr , Chicago, IL 60606 | Houlihan's Restaurants, Inc. | Lease of Real Property 2203 S Promenade Blvd, Rogers, AR 72758; Location #186 |
| HPI Real Estate Management, Inc. | HPI Real Estate Management, Inc. as Agent for Owner, M2G Net Lease Funding, Ltd. 1020 NE Loop 410, Suite 510 San Antonio, TX 78209 | Houlihan's Restaurants, Inc. | Lease of Real Property 938 North Loop 1604 W San Antonio, TX 78232 |
| CPT Arlington Highlands 2, LP | CPT Arlington Highlands 2, LP, c/o AEW Capital Management, LP Two Seaport Lane, 16th Floor Boston, MA  02101-2021 | Houlihan's Restaurants, Inc. | Ground Lease 401 E Interstate 20, Arlington, TX 76018; Location #172 |
| WO S. Arlington, LLC | WO S. Arlington, LLC Attn: Joshua Allen 4415-66th Street, Suite 101 Lubbock TX 79414 | Houlihan's Restaurants, Inc. | Sublease of Ground Lease 401 E Interstate 20, Arlington, TX 76018; Location #172 |