IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HRI HOLDING CORP., *et al.*[1] | Case No. 19-12415 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 20, 2019, AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**[2]

## CONTINUED MATTER:

1.  Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 18, filed on November 14, 2019]

    Response Deadline: December 2, 2019 at 4:00 p.m. Extended to December 3, 2019 at 10:00 a.m. for the Official Committee of Unsecured Creditors.

    Responses Received:

    A.  Informal comments received from Weitzman, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, 747 North Wabash Partners, LLC

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HRI Holding Corp. (4677), Houlihan's Restaurants, Inc. (8489), HDJG Corp. (3479), Red Steer, Inc. (2214), Sam Wilson's/Kansas, Inc. (5739), Darryl's of St. Louis County, Inc. (7177), Darryl's of Overland Park, Inc. (3015), Houlihan's of Ohio, Inc. (6410), HRI O'Fallon, Inc. (4539), Algonquin Houlihan's Restaurant, L.L.C. (0449), Geneva Houlihan's Restaurant, L.L.C. (3156), Hanley Station Houlihan's Restaurant, LLC (8058), Houlihan's Texas Holdings, Inc. (5485), Houlihan's Restaurants of Texas, Inc. (4948), JGIL Mill OP LLC (0741), JGIL Millburn, LLC (6071), JGIL Milburn Op LLC (N/A), JGIL, LLC (5485), JGIL Holding Corp. (N/A), JGIL Omaha, LLC (5485), HOP NJ NY, LLC (1106), HOP Farmingdale LLC (7273), HOP Cherry Hill LLC (5012), HOP Paramus LLC (5154), HOP Lawrenceville LLC (5239), HOP Brick LLC (4416), HOP Secaucus LLC (5946), HOP Heights LLC (6017), HOP Bayonne LLC (7185), HOP Fairfield LLC (8068), HOP Ramsey LLC (8657), HOP Bridgewater LLC (1005), HOP Parsippany LLC (1520), HOP Westbury LLC (2352), HOP Weehawken LLC (2571), HOP New Brunswick LLC (2637), HOP Holmdel LLC (2638), HOP Woodbridge LLC (8965), and Houlihan's of Chesterfield, Inc. (5073). The Debtors' corporate headquarters and the mailing address is 8700 State Line Road, Suite 100, Leawood, Kansas 66206.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

{1247.001-W0059270.}

and Starwood Retail Partners.

B. 1200 Harbor Boulevard, LLC's Limited Objection to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 97, filed on December 2, 2019]

C. Notice of Withdrawal of 1200 Harbor Boulevard, LLC*s Limited Objection to Debtors First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases Nunc Pro Tunc to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 109, filed on December 3, 2019]

D. 1200 Harbor Boulevard, LLC's Limited Objection to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 110, filed on December 3, 2019]

<u>Related Documents</u>:

A. Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B. Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C. Notice of Filing Corrected Exhibit A to the Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 32, filed on November 14, 2019]

D. Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

E. Certificate of Counsel Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 147, filed on December 5, 2019]

F.  Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Petition Date and (B) Abandon Any Remaining Property at the Rejected Locations and (II) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [D.I. 160, entered on December 5, 2019]

Status:  This matter is continued solely as it relates to the Lawrenceville location (location #231 with Federal Realty Investment Trust as landlord) to the omnibus hearing on January 28, 2020 at 10:30 a.m. (ET).

**MATTERS GOING FORWARD:**

2.  Motion of the Debtors for Entry of an Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Claims and Liens, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 15, filed on November 14, 2019]

Sale Response Deadline: December 13, 2019 at 4:00 p.m. (ET). Extended to December 16, 2019 at 4:00 p.m. (ET) for Weitzman, Deutsche Asset & Wealth Management, Federal Realty Investment Trust, 747 North Wabash Partners, LLC and Starwood Retail Partners. Extended to December 18, 2019 at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors.

Cure Objection Deadline: December 13, 2019 at 4:00 p.m. (ET).

Cure and Assumption and Assignment Responses Received:  See **Exhibit A** attached hereto.

Sale Responses Received:

A.  Informal comments received from Chubb Insurance Companies.

B.  Informal comments received from Dallas County, Bexar County, Harris County, and Tarrant County.

C.  Limited Objection of Levin Management Corporation, as Agent for Harmon Meadow Owner, LLC to Debtors' Motion for Entry of an Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of all Claims and Liens, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [D.I. 94, filed on December 2, 2019]

D.  1200 Harbor Boulevard, LLC's Limited Objection to the Debtors' Motion Regarding Certain Prepetition Tax and Fee Obligations [Docket No. 9] and

       Reservation of Rights Regarding the Debtors' Bid Procedures and Sale Motion [Docket Nos. 14, 15] [D.I. 98, filed on December 2, 2019]

E.     Limited Objection and Reservation of Rights of Levin Management Corporation, as Agent for Harmon Meadow Owner, LLC to Debtors' Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets [D.I. 149, filed on December 5, 2019]

F.     Objection of (I) Bridgewater Realty Corp. and Fairfield Land I, LLC to Proposed Cure Amount, Adequate Assurance of Future Performance, and Proposed Sale of Lease Designation Rights, and (II) Bayonne Restaurant, LLC to Sale of a Liquor License [D.I. 280, filed on December 13, 2019]

G.     Limited Objection of Deutsche Asset & Wealth Management, Rice Lake Square, LP and Weitzman to Motion of the Debtors for Entry of an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Claims and Liens, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief; and (B) Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets [D.I. 282, filed on December 13, 2019]

H.     Limited Objection of Certain PACA Creditors to Sale of Purchased Assets and the Sale Contemplated by the Asset Purchase Agreement [D.I. 290, filed on December 13, 2019]

I.     Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving the Asset Purchase Agreement and Authorizing a Sale of Substantially All Assets [D.I. 305, filed on December 18, 2019]

<u>Related Documents:</u>

A.     Declaration of Matthew R. Manning in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 2, filed on November 14, 2019]

B.     Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 21, filed on November 14, 2019]

C.     Omnibus Notice of Certain Second Day Hearing Motions [D.I. 48, filed on November 15, 2019]

D.     Notice of Sale of Certain Assets at Auction [D.I. 88, filed on November 27, 2019]

E.     Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets [D.I. 89, filed on November 27, 2019]

F.     Order (A) Approving Bidding Procedures in Connection with a Transaction by Public Auction; (B) Scheduling a Hearing to Consider the Transaction; (C) Approving the Form and Manner of Notice Thereof; (D) Approving Contract Procedures; and (E) Granting Related Relief [D.I. 164, entered on December 15, 2019]

G.     Notice of Designation of Successful Bid and Cancellation of Auction [D.I. 296, filed on December 17, 2019]

Status: Item number 2.D has been resolved. This matter is going forward.

Dated: December 18, 2019  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*  
Adam G. Landis (No. 3407)  
Kimberly A. Brown (No. 5138)  
Matthew R. Pierce (No. 5946)  
Nicolas E. Jenner (No. 6554)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: landis@lrclaw.com  
       brown@lrclaw.com  
       pierce@lrclaw.com  
       jenner@lrclaw.com

*Counsel for the Debtors and Debtors-In-Possession*

# EXHIBIT A

In re: HRI Holding Corp., *et al.*
Case No. 19-12415 (MFW)

**Formal Objections to Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets**

| DOCKET NO. | RESPONDENT | STATUS |
|---|---|---|
| 94 | Levin Management Corporation, as Agent for the Harmon Meadow Owner, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 111 | Main & Elm LLC and Poly C LLC as Tenants in Common | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 112 | Main & Elm LLC and Poly C LLC as Tenants in Common | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 149 | Levin Management Corporation, as Agent for the Harmon Meadow Owner, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 168 | CBL & Associates Management, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 177 | Sysco Metro New York LLC, Sysco Baltimore LLC and Sysco South Florida Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. In the interim, the parties have agreed to continue the objection to the January omnibus hearing on January 28, 2020 at 10:30 a.m. (ET). |
| 181 | Simon Property Group, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 212 | Clemcla Realty Corp. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 264 | Be The Change Revolutions, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |

{1247.001-W0059270.}

| DOCKET NO. | RESPONDENT | STATUS |
| --- | --- | --- |
| 276 | US Foods, Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. In the interim, the parties have agreed to continue the objection to the January omnibus hearing on January 28, 2020 at 10:30 a.m. (ET). |
| 277 | Weingarten Realty Investors | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 278 | Levin Management Corporation, as Agent for the Harmon Meadow Owner, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 280 | Bridgewater Realty Corp. and Fairfield Land I, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 281 | Giselle Brown Realty, LLC and Kellywood, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 282 | Deutsche Asset & Wealth Management, Rice Lake Square, LP and Weitzman | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 283 | Cardino Realty, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 284 | Arbor Development, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 285 | DIV Cranberry, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 286 | Capitol District Hotel, LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 287 | Washington Prime Group Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| 290 | Get Fresh Produce, Inc.; J. Ambrogi Food Distribution, Inc.; Brothers Produce of Dallas, Inc.; LaGrasso Bros, Inc.; PPINC, LLC t/a Premier Produce; and P J K Food Service, LLC t/a Keany Produce & Gourmet | The Debtors are engaged with the objecting party and working to resolve the objection. |

**Informal Comments to Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned in Connection with Sale of Debtors' Assets**

| RESPONDENT | STATUS |
|---|---|
| ARAMARK | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Bayshore Shopping Center Property Owner LLC | Resolved |
| Detroit Columbia Properties LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Garda CL Southwest Inc. | The Debtors are engaged with the objecting party and working to resolve the objection. |
| IA Dallas Prestonwood Limited Partnership | The Debtors are engaged with the objecting party and working to resolve the objection. |
| Tringale Associates LLC | The Debtors are engaged with the objecting party and working to resolve the objection. |

{1247.001-W0059270.}