**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| *HRI HOLDING CORP, et al.*, [1] Debtors. | Case No. 19-12415 (MFW) |
| | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING POST-CONFIRMATION REPORT FOR THE STUB PERIOD FROM APRIL 1, 2025 THROUGH MAY 12, 2025**

HRI Holding Corp. together with its subsidiaries Houlihan's Restaurants Inc., HDJG Corp, Red Steer, Inc., Houlihan's of Ohio Inc., HRI O'Fallon Inc., and Houlihan's Texas Holdings, Inc. as debtors and debtors in possession (each, a "**Debtor**" and collectively, the "**Debtors**") in the above-captioned jointly administered case (collectively, the "**Chapter 11 Cases**") have filed the attached stub period post-confirmation report (the "**PCR**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Pursuant to the Debtors' Chapter 11 Plan of Liquidation [Docket No.734] (as may be amended, supplemented, or otherwise modified from time to time, and including all exhibits and supplements thereto, the "**Plan**"), Mr. Anthony M. Saccullo, solely in his capacity as Plan Administrator (the "**Plan Administrator**") and authorized representative of the Debtors, prepared the PCR with the assistance of his advisors and professionals. The PCR was prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (see https://www.justice.gov/ust/chapter-11-operating-reports). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the Debtors or their estates.

The financial information contained in the PCR is preliminary, unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with other applicable non-bankruptcy law. In preparing the PCR, the Plan Administrator relied on financial data from the books and records available to him at the time of such preparation, as well as certain filings on the docket in the Chapter 11 Cases. Although the Plan Administrator made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist. The Debtors and Plan

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HRI Holding Corp. (4677), Houlihan's Restaurants, Inc. (8489), HDJG Corp. (3479), Red Steer, Inc. (2214), Houlihan's of Ohio, Inc. (6410), HRI O'Fallon, Inc. (4539), Houlihan's Texas Holdings, Inc. (5485). On November 17, 2021, the Court entered a final decree closing certain of the original affiliated Debtors' Chapter 11 Cases [Docket No. 883]. The Debtors' mailing address is HRI Holdings Corp., c/o Saccullo Business Consulting, LLC, 27 Crimson King Drive, Bear, Delaware 19701.

Administrator reserve the right to amend and supplement the PCR as may be necessary or appropriate.

**Part 1: Summary of Post-Confirmation Transfers**

No footnotes pertaining to this section.

**Part 2: Preconfirmation Professional Fees and Expenses**

The Plan became effective on November 13, 2020 (the "**Effective Date**").

*Part 2.a., 2.b., and 2.c.*

The Plan Administrator does not have information relating to the professional fees or expenses paid by the Debtors prior to the Effective Date.

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

Variations between the PCR and the Debtors' *Final Report and Account In Chapter 11 Cases* [Docket No. 1050] (the "**Final Report**") are due to a combination of factors, including the difference between how claims are categorized in the Plan versus the requirements of the PCR format, as well as certain minor timing differences regarding the cashing of distribution checks by claimants.

**Part 4: Questionnaire**

On May 12, 2025, the Court entered the *Final Decree Closing the Debtors' Chapter 11 Cases* [Docket No. 1055] (the "**Final Decree**"), and this PCR is being filed pursuant to the Final Decree.